396 A.2d 836

Lazor, Appellant, v. Sperry Rand Corporation et al.

Argued October 26, 1978.   John Paul Lazor, appellant, in propria persona; No appearance entered nor brief submitted for appellees.

Before PRICE, HESTER and LIPEZ, JJ.

Order affirmed.

396 A.2d 836

Lazor v. Sperry Rand Corporation et al., Appellants.

Argued October 26, 1978.   Patrick R. Riley, for appellants;  John Paul Lazor, appellee, in propria persona.

Before PRICE, HESTER and LIPEZ, JJ.

Order affirmed.